UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Eastern Division
Docket No. 4:06-CR-26-1F

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | |
| vs. | ) | **ORDER CONTINUING** |
| | ) | **SUPERVISION** |
| **Woodrow Wilson Brown, III** | ) | |

On November 16, 2006, Woodrow Wilson Brown, III appeared before the Honorable James C. Fox, Senior U.S. District Judge in the Eastern District of North Carolina, and upon a plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute More Than 50 Grams of Cocaine Base (Crack) was sentenced to the custody of the Bureau of Prisons for a term of 87 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 60 months upon release from imprisonment. Woodrow Wilson Brown, III was released from custody and the term of supervised release commenced on October 5, 2010.

From evidence presented at the revocation hearing on January 18, 2012, the court finds as a fact that Woodrow Wilson Brown, III, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Failure to report to the probation officer as directed by the court or probation officer.
2. Failure to notify the probation officer ten days prior to any change in residence.
3. Using a controlled substance.
4. Failure to submit truthful and complete written reports within the first five days of each month.

It now appears that the ends of justice would best be served by denying the motion for revocation before the court this date and continuing supervision under the original terms and conditions imposed in this case

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be continued.

This the 18th day of January, 2012.

James C. Fox
Senior U.S. District Judge