# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America <br> v. <br> Woodrow Wilson Brown | ) <br> ) <br> ) Case No: 4:06-CR-26-1F_ <br> ) USM No: 25425-056 |
| Date of Original Judgment: November 16, 2006 <br> Date of Previous Amended Judgment: March 14, 2012 <br> *(Use Date of Last Amended Judgment if Any)* | ) <br> ) Debra C. Graves <br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
  ☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____

Pursuant to 1B1.10, Application Note 4(A), Exclusion Relating to Revocation, only a term of imprisonment imposed as part of the original sentence is authorized to be reduced under this section. The sentence for which the defendant is currently incarcerated results from a revocation of supervised release.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated November 16, 2006, and March 14, 2012, shall remain in effect. **IT IS SO ORDERED.**

Order Date: 1/7/15

Judge's signature

Effective Date: _____  Louise W. Flanagan  U.S. District Judge
*(if different from order date)*  *Printed name and title*

EDNC Rev. 11/8/2011